

# THE THIRTEENTH COURT OF APPEALS

13-23-00038-CV

MIG CAMPNIL PROPERTIES, LLC, TPI SUNRISE PALMS, LLC,
AND TARANTINO PROPERTIES, INC.
v.
MATTHEW TODD GILLESPIE

On Appeal from the
357th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-03752

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and remands the case to the trial court. The Court orders the trial court's judgment VACATED and REMANDS the case to the trial court for rendition of judgment consistent with the parties' settlement agreement. We further order the release of the sureties on the supersedeas bonds. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

May 23, 2024